UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2009 NOV 30  AM 10: 22

FILED

Ocala Division

CLERK US DISTRICT COURT
OCALA FLORIDA

## CIVIL RIGHTS COMPLAINT FORM

Gary ALAN Lessor

MCJ Inmate # A0011609

DOC # U13017

(Enter full name of each Plaintiff and prison number, if applicable)

CASE NUMBER: 5:09 CV-526-OC-17GRJ

(To be supplied by Clerk's Office)

v.

Honrable Judge Hak Stanciel

Elizebeth Gibson

Antoine Yven Pierre

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  **PLACE OF PRESENT CONFINEMENT:** Marion County Jail
    (Indicate the name and location)
    700 NW 30th Ave Ocala Florida 34475

II. **DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?** Yes ( ) No (X)

    [If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)

1

<u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

<u>EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES</u>:

<u>General Grievance</u>

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

<u>Other Grievance</u>

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

<u>Questions:</u>

A. <u>Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (X)

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No (X)

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (X)

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. <u>Informal Grievance</u> (Request for Interview)

DC 225 (Rev. 9/03)                                       2

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (X)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (X)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (X)

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (X)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this _____ day of _____, 2_____.


_____
Signature of Plaintiff

DC 225 (Rev. 9/03)                                 3

III.  **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (X) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (X) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (X) No ( )

C. If your answer is YES:

1. What steps did you take? _I wrote Request to all the Brass no responce they wont Let me file grievance's_

2. What were the results? _No Ne_

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 2_____.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)                              4

IV. **PREVIOUS LAWSUITS:**

A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (☒) No (☒)

B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (☒) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): Gary Lessor

   Defendant(s): Ed Dean Et al

2. Court (if federal court, name the district; if state court, name the county): Ocala Division United State District Court Golden Collum memorial Fedral Building and Court House 207 NW 2nd Street Rm 337 Ocala FL 34475

3. Docket Number: 5:09-cv-00463-JES-GRJ And 5:09:cv-507-0C-23-GRJ

4. Name of judge: Honorable John E. Steele, magistrate Judge - Gary. R. Jones

5. Briefly describe the facts and basis of the lawsuit: the Judge Hale Stanciel State prosecuteing attorney Elizebeth Gibson and public defendor Antodine Yvens pirre are In Cahoots to malouisous prosecute me

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): pending

7. Approximate filing date: 10-22-09

8. Approximate disposition date: Dont Know

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

I Havent Had any Turned down yet But this one Im In fear for my life IVE file A change of venue to Have It moved Im Suposse to go to trial Dec 8 Im scored Can you Help get this moved out of Here so I Can Get a fair trial

V. **PARTIES:** In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Gary Alan Lessor

Mailing address: 9831 nw 83rd pL Ocala FL 34482
Im Currently Incarcerated at 700 NW 30th AVE Ocala FL 34475

B. Additional Plaintiffs: _____

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Judge Hale Stancil
Mailing Address: Clerk of Court + Judges
110 NW 1st AVE Ocala FL 34475
Position: Judge County
Employed at: Court House 110 NW 1st AVE Ocala FL 34475

D. Defendant: Elizebeth Gibson
Mailing Address: State Attorney office
19 NW pine AVE Ocala, FL 34475
Position: prosecuting Attorney
Employed at: State Attorney office 19 NW pine AVE Ocala FL 34475

E. Defendant: Antoine Yvens Peirre
   Mailing Address: 204 NW 3rd Street Ocala FL 34475 Public Defender office
   Position: Public Defender
   Employed at: 204 NW 3rd Street Ocala FL 34475 Public Defender office

F. Defendant: _____
   Mailing Address: _____
   Position: _____
   Employed at: _____

G. Defendant: _____
   Mailing Address: _____
   Position: _____
   Employed at: _____

VI. **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Due process, equal rights of equal opportunity of Law malicious prosecution

VII. **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

① Judge Hale (Harcie) on 11-19-09 I Asked to Have this moved Because other Law Suites He Said no At marion County Court House

② Elizebeth Gibson I Have to Go to trial on Dec 8-09 She is the prosecuting attorney I Wont Get a fair trial

③ on 11-24-09 Antoine Yuen peirre Come to See me at the Jail I told Him About this He Said nothing He could de and Wont file my motion of change of Venue

Statement of Facts, continued:

Please Help me Im In fear of my life All I Want I a fair trial In another court in fifth District there are Marion out others Sumter, Hernando, Citris, Lake Just Want this move to get fair trial

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I want your Help to process my Change of Venue and Diffrent Attorney I want Conflict attorney and Diffrent Court to get out AWAy from ocah's State attorney office please Thank you

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this ___11___ day of ___November___, 2_009_.

_____Gary Furon_____

(Signatures of all Plaintiffs)

DC 225 (Rev. 9/03)